UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| JOEY FEESER and KIMBERLY FEESER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No.: 2:23-CV-64-KAC-CRW |
| | ) | |
| KEVIN CARTER, RICK CARTER, AND TENNESSEE TRAILER TRANSPORT COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER REMANDING ACTION

Before the Court is "Defendants' Supplemental Brief Regarding the Court's Subject Matter Jurisdiction Over This Action" [Doc. 8]. In that filing, Defendants assert that "removal was due to an oversight" and "this matter should properly be remanded back to the Circuit Court of Carter County" [*Id.*]. Because Defendants have not demonstrated that this Court has subject matter jurisdiction over this action, the Court remands this action to the Circuit Court of Carter County, Tennessee.

Federal Courts are courts of limited jurisdiction. The Party or Parties seeking to assert the Court's jurisdiction—here Defendants, who removed the action—bear the burden of demonstrating that the Court has jurisdiction. *See* 28 U.S.C. § 1441(a); *see also Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994) ("It is to be presumed that a cause lies outside this limited [federal] jurisdiction, and the burden of establishing the contrary rests upon the party asserting jurisdiction." (citations omitted)). "If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded." *See* 28 U.S.C. § 1447(c).

Here, Defendants state that "removal was due to an oversight" and "this matter should properly be remanded back to the Circuit Court of Carter County" [*See* Doc. 8]. Defendants have not met their burden of demonstrating that the Court has subject matter jurisdiction over this action. *See Kokkonen*, 511 U.S. at 377. Accordingly, the Court **REMANDS this action to the Circuit Court for Carter County, Tennessee**. *See* 28 U.S.C. § 1447(c)  The Court **DIRECTS** the Clerk to mail a certified copy of this Order to the clerk of the Circuit Court for Carter County, Tennessee and close this case. *See id*.

IT IS SO ORDERED.

s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge